

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 30, 2021

> Application Granted in part.  The Clerk of the Court is directed to unseal this matter.  The change of plea hearing is hereby referred to the Magistrate Judge on duty. The parties shall promptly schedule a plea date.  The status conference currently scheduled for April 1, 2021, is canceled.  SO ORDERED.
>
> Dated: March 30, 2021
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**By EMAIL**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *United States v. Haitao Mai*, 20 Mag. 1741, 20 Cr. 702 (LGS)

Dear Judge Schofield:

The Government respectfully submits this letter regarding the conference currently scheduled for April 1, 2021, in the above-captioned case, which is currently under seal.  Based on discussions with defense counsel, the Government understands that the defendant intends to enter a plea of guilty pursuant to a plea agreement previously extended by the Government.

Accordingly, the parties respectfully request that this Court (*i*) unseal and docket the Information in this case, and (*ii*) briefly adjourn the April 1 conference to a date convenient for the Court for the purpose of holding a change-of-plea proceeding.  Defense counsel has advised that the defense is available April 6, April 8, April 9 (until 3:00 P.M.), and April 14 (after 2:00 P.M.).

Further, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(E) and 3161(h)(7)(A), through the date of the new proceeding, in order to allow the parties to finalize the pretrial disposition of this matter.  Defense counsel consents to the exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney
Southern District of New York

By: *Jarrod L. Schaeffer*
Jarrod Schaeffer
Assistant United States Attorney
Tel: (212) 637-2270

cc:    Joel Cohen, Esq. (via Email)