UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :           20 Cr. 702 (LGS)
            -against-                                       :
                                                            :           SCHEDULING ORDER
HAITAO MAI,                                                 :
                                    Defendant,              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that Defendant Haitao Mai's sentencing hearing shall be held on **July 29, 2021**, at **11:15 a.m**.  Defendant's pre-sentencing submission, if any, shall be filed on or before **July 6, 2021**.  The Government's pre-sentencing submission, if any, shall be filed by **July 9, 2021.**

Dated: April 19, 2021
       New York, New York

                                              LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE