UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                       Plaintiff,

         -v-

    HAITAO MAI,

                    Defendant,
------------------------------------------------------------X

20 Cr. 702 (LGS)

**ORDER**

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, with HAITAO MAI's consent, his guilty plea allocution was taken before Magistrate Stewart D. Aaron on April 8, 2021;

    WHEREAS, a transcript of the allocution was made; and

    WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

    IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       May 20, 2021

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**