

U.S. Department of Justice

*United States Attorney
Southern District of New York*

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 18, 2021

**By ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re: *United States v. Haitao Mai*, 20 Cr. 702 (LGS)

Dear Judge Schofield:

    On April 8, 2021, following a referral by this Court, the above-referenced defendant entered a guilty plea to a one-count information filed on December 29, 2020, before the Honorable Stewart D. Aaron, United States Magistrate Judge for the Southern District of New York. At that proceeding, Magistrate Judge Aaron scheduled a control date for a sentencing hearing to be held in this matter on July 29, 2021. Following its receipt of the transcript of the proceeding, the Government forwarded to the Court on April 27, 2021, a letter attaching (*i*) the transcript of the defendant's plea proceeding; (*ii*) a copy of the plea agreement; and (*iii*) a proposed order accepting the defendant's plea. To date, the matter remains under consideration by this Court.

    Given the period of time that has elapsed since the proceeding before Magistrate Judge Aaron, it appears that time has begun to accrue pursuant to the Speedy Trial Act. *See* 18 U.S.C. §§ 3161(h)(1)(D), (H). Accordingly, the Government respectfully requests that time be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(1)(G) and 3161(h)(7)(A), through July 29, 2021,

the date of the sentencing proceeding scheduled by Magistrate Judge Aaron, to permit the Court to continue its review of the materials pertaining to the defendant's guilty plea.[1]

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney
        Southern District of New York

By: *Jarrod L. Schaeffer*
    Jarrod Schaeffer
    Assistant United States Attorney
    Tel: (212) 637-2270

cc: Joel Cohen, Esq. (via ECF)

Whereas this Court has issued an order accepting defendant's guilty plea. (Dkt. No.32). This application is DENIED as moot. The Clerk of the Court is directed to terminate the letter motion at docket number 31.

Dated: May 21, 2021
New York, New York

        LORNA G. SCHOFIELD
        **UNITED STATES DISTRICT JUDGE**

---

[1] The Government has attempted several times by phone and email to contact defense regarding the defendant's position with respect to the exclusion of time, but has not received any response.