UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------X  
    UNITED STATES OF AMERICA,  
                                Plaintiff,  

                   20 Cr. 702 (LGS)  
           -against-  

                   ORDER  
    HAITAO MAI,  
                              Defendant,  
------------------------------------------------------------X  

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for July 29, 2021, is adjourned to **August 2, 2021, at 11:00 a.m.**

Dated: July 20, 2021  
       New York, New York

_____  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**