UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
    UNITED STATES OF AMERICA,                               :
                                                            :
                    -against-                               :     20 Cr. 702 (LGS)
                                                            :
    HAITAO MAI,                                             :     ORDER
                            Defendant,                      :
-------------------------------------------------------- :
                                                            X

LORNA G. SCHOFIELD, District Judge:

    It is hereby **ORDERED** that sentencing currently scheduled for October 13, 2021,

is adjourned to **October 26, 2021, at 11:00 a.m.**


Dated: October 6, 2021
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**