UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

HAITAO MAI,
    a/k/a "Tony,"

                    Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE
<u>MONEY JUDGMENT</u>

20 Cr. 702 (LGS)

WHEREAS, on or about December 29, 2020, HAITAI MAI, a/k/a "Tony" (the "Defendant"), was charged in a one-count Information, 20 Cr. 702 (LGS) (the "Information"), with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 982(a)(1), of any and all property, real and personal, involved in the offense charged in Count One of the Information or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, on or about September 6, 2018, $205,550 in United States currency was seized by the Government in Flushing, New York ("Seized Currency-1");

WHEREAS, on or about September 6, 2018, $41,562 in United States currency was seized by the Government in Flushing, New York ("Seized Currency-2", collectively, with Seized Currency-1, the "Seized Currencies");

WHEREAS, on or about April 8, 2021, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted

the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(1) any and all property involved in the offense charged in Count One of the Information, including all right, title and interest of the Defendant in $247,112 in United States currency seized by the Drug Enforcement Administration ("DEA") in or about September 2018;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $247,112 in United States currency representing the amount of property involved in the offense charged in Count One of the Information;

WHEREAS, on September 1, 2020, a Declaration of Administrative Forfeiture was entered forfeiting the Seized Currency-1 to the Government;

WHEREAS, on September 1, 2020, a Declaration of Administrative Forfeiture was entered forfeiting the Seized Currency-2 to the Government; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the property involved in the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence, with the exception of the Seized Currencies.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, United States Attorney, Assistant United States Attorney, Jarrod L. Schaeffer of counsel, and the Defendant, HAITAO MAI, a/k/a "Tony," and his counsel, Joel S. Cohen, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $247,112 in United States currency (the "Money Judgment"), representing the amount of property involved in the offense charged in

Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. The Seized Currencies shall be applied towards the satisfaction of the Money Judgment.

3. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, HAITAO MAI, a/k/a "Tony", and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

4. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

5. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

6. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

7. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

8. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

9. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture /Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

10. The signature page of this Consent Preliminary Order of Forfeiture Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: _____     4/8/21
Jarrod Schaeffer                        DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
Tel.: (212) 637-2270

HAITAO MAI

By: Haitao Mai                          4/8/2021
Haitao Mai                              DATE

By: _____     4/8/2021
Joel S. Cohen, Esq.                     DATE
Attorney for Defendant
35 Worth Street, 3rd Floor
New York, New York 10013

SO ORDERED:

_____          10/26/2021
HONORABLE LORNA G. SCHOFIELD            DATE
UNITED STATES DISTRICT JUDGE